Scanned 12/13/21 (UU)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 13 2021 ★
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Johnny Shorter

Plaintiff,

[Insert full name of plaintiff/prisoner]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

CV 21 6887

JURY DEMAND

YES______ NO ______

-against-

NASSAU COUNTY CORRECTIONAL CENTER
NASSAU COUNTY CORRECTIONAL OFFICERS
NASSAU COUNTY MEDICAL STAFF, NU HEALTH
SHERIFF JAMES E. DZURENDA,
SHERIFF'S DEPARTMENT OF
NASSAU COUNTY

Defendant(s).

MATSUMOTO, J.

SHIELDS, M.J.

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

"Please see attached Grievance" original

I. **Parties:** (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. **Name of plaintiff** Johnny Shorter

If you are incarcerated, provide the name of the facility and address:

NASSAU COUNTY CORRECTIONAL CENTER
100 Carman Avenue
East Meadow, New York 11554-1146

Prisoner ID Number: CC# 2020001859 / NCJ# 9604243 / FCN# 1996040468

If you are not incarcerated, provide your current address:

_______________________________________________

_______________________________________________

_______________________________________________

Telephone Number: ______________________________

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

NASSAU COUNTY CORRECTIONAL CENTER
Full Name

_______________________________________________
Job Title

100 Carman Avenue
East Meadow, New York 11554
Address

Defendant No. 2

NASSAU COUNTY CORRECTIONAL OFFICERS
Full Name

_______________________________________________
Job Title

100 Carman Avenue
East Meadow, New York 11554
Address

Defendant No. 3

NASSAU COUNTY MEDICAL STAFF, NU HEALTH
Full Name

_______________________________________________
Job Title

100 Carman Avenue

East Meadow, New York 11554
Address

Defendant No. 4

SHERIFF JAMES E. DZURENDA
Full Name

SHERIFF OF NASSAU COUNTY
Job Title

100 Carman Avenue
East Meadow, New York 11554
Address

Defendant No. 5

SHERIFF'S DEPARTMENT OF NASSAU COUNTY
Full Name

Job Title

100 Carman Avenue
East Meadow, New York 11554
Address

## II. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? NASSAU COUNTY CORRECTIONAL CENTER, E-Building 2nd floor G-dorm

When did the events happen? (include approximate time and date) Approx. between the hours of 6pm-10pm on November 5, 2021

Facts: (what happened?) For the 3rd time this year, I have been exposed (directly) to multiple individuals that tested positive for COVID-19. Staff at the jail refused to remove the first 2 people that tested positive for COVID-19, then another person tested positive. I had a fever and diarrhea overnight. When the nurse came to the cell 22 that I was housed in to give me medication for (GAS-X) the evening of November 5, 2021, I let her know that I needed medical attention and she ignored me, lacking professionalism and basic standard care for a patient. My health was being compromised and I am still in danger from this airborne virus while we breathe central air. They also brought back 2 of the 3 individuals that tested positive and they are not vaccinated. (2) 2ND time When housed in B-Building 3rd floor C-block numerous individuals tested positive on D-block and we shared the same airways, they took weeks to move the dorm. (3) While receiving physical therapy for a gunshot wound to my right leg, the therapist tested positive for COVID-19 and exposed me to the virus while I was housed in the D-Building 2nd floor D-dorm cell/room 19. This was the first time it has occurred.

**II.A. Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

I had a really hot fever and diarrhea overnight. The only treatment received was getting my temperature taken during the quarantine phase days. It was life threatening because I was born bronchitis diagnosed.

**III. Relief:** State what relief you are seeking if you prevail on your complaint.

Compensatory damages

Three million three hundred thousand three hundred dollars and thirty-three cents $ 3,300,300.33

I declare under penalty of perjury that on December 6, 2021 (date), I delivered this complaint to prison authorities at NASSAU COUNTY CORRECTIONAL CENTER (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 6, 2021

Johnny Shorter
Signature of Plaintiff

NASSAU COUNTY CORRECTIONAL CENTER
Name of Prison Facility or Address if not incarcerated

100 Carman Avenue
East Meadow, New York
11554-1146
Address

CC# 2020001859 / NCJ# 9604243 / ICN# 1996040468
Prisoner ID#

rev. 12/1/2015

**New York State Commission of Correction**
**Inmate Grievance Form**
Form SCOC 7032-1 (11/2015)

**Facility:** NCSD DOC NCCC **Housing Location:** E2G22

**Name of Inmate:** Shorter: Johnny **Grievance #:** 030-11. 21
cith 2020000185?

**Brief Description of the Grievance** ***(Submitted by the grievant within 5 days of occurrence)***
**Number of Sheets Attached ( )**

I have been exposed to 2 individuals with positive COVID-19 results. This the 3rd time this year being exposed. Staff refuse to remove the 2 individuals from our housing unit. I let the nurse that gave out Meds for the evening know I needed medical attention and she ignored me. My health is being compromised and I'm in danger of dying from this airborne virus while we breath central air.

**Action requested by the grievant** ***(Submitted by the grievant within 5 days of occurrence)*****:**
**Number of Additional Sheets Attached ( )**

I need for the 2 individuels to be removed from the E2G housing unit or I need to be released from NCCC. I am in fear for my life. My life is in serious danger. I am scared to lose my life to COVID-19 when it could have been prevented. THIS IS NEGLIGENCE!

**Grievant Signature:** [signature] **Date/Time Submitted:** 11/6/21 1:15pm

**Receiving Staff Signature:** [signature] **Date/Time Received:** 11/15/2021

**Investigation Completed by:** [signature] **Date Completed:** 11/17/2021

**Decision of the Grievance Coordinator** **Number of Sheets Attached ( )**
***Written decision shall be issued within 5 business days of receipt of grievance and shall include specific facts and reasons underlying the determination***

- ☐ **Non-grievable issue as per 9 NYCRR §7032.4(h) (may not be appealed to CAO)**
- ☑ **Grievance Accepted**
- ☐ **Grievance Denied on Merits**
- ☐ **Grievance Denied due to submitted beyond 5 days of act or occurrence (can be appealed to CAO)**
- ☐ **Grievance Accepted in part/ Denied in part (Note specific Acceptance/Denial parts below)**

As per medical, appropriate protocols have been taken in response to ~~the~~ diagnosis of COVID-19

**Signature of the Grievance Coordinator:** Sgt. [signature] #36 **Date:** 11/18/21

***DO NOT SEPARATE COPIES***

Mr. Johnny Shorter
C. C.# 2020001859
Location E2G22
100 CARMAN AVENUE
EAST MEADOW, NEW YORK 11554-1146

176
.58
1.18




United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722
Attention: Pro Se Office

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 13 2021 ★
LONG ISLAND OFFICE

LEGAL MAIL