RECD IN PRO SE OFFICE
FEB 18 '25 PM12:53

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOHNNY SHORTER _____

_____

_____

Plaintiff,

[Insert full name of plaintiff/prisoner]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

**JURY DEMAND**

YES_____   NO _____

-against-

NASSAU COUNTY; Nassa County Correctional Center Cook Desiree Jazinski; NCCC Cook Scott Graft; NCCC Cook REID; NCCC Cook Debono; Correctional Officer WILE in his Official Capacity and Individual Capacity

Defendant(s).

*No. 21-cv-6887*

*(KAM) (LGD)*

*Third Amended Complaint*

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I.   **Parties**: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A.   **Name of plaintiff** Johnny Shorter _____

If you are incarcerated, provide the name of the facility and address:

Sing Sing Correctional Facility _____
354 Hunter Street _____
Ossining, New York 10562 _____

Prisoner ID Number: _____ 22 B2604 _____

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____


**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.


Defendant No. 1

NASSAU COUNTY
Full Name

County
Job Title

262 Old Country Road
Mineola, NY 11501
Address


Defendant No. 2

Desiree Jazinski
Full Name

NCCC. Cook
Job Title

100 Carman Avenue
East Meadow NY 11554
Address


Defendant No. 3

Scott Graft
Full Name

NCCC Cook
Job Title

100 Carman Avenue

East Meadow, NY 11554
**Address**

Defendant No. 4

John Doe#1    John Doe #2
Last Name "Reid; Last Name Debono
**Full Name**

NCCC Cooks
**Job Title**

100 Carman Avenue
East Meadow, New York 11554
**Address**

Defendant No. 5

Correctional Officer WILE
**Full Name**

Correctional Officer
**Job Title**

100 Carman Avenue
East Meadow, New York 11554
**Address**

## II. Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? Nassau County Correctional Center, E Building, 2nd fl., G Dorm

When did the events happen? (include approximate time and date) approx. 10:30 AM - ~~to~~ 11 AM, March 4, 2022

3

note:
NCCC
medical
Staff
does
not
tell
Incarcerated
Individuals
test
results
to blood
work.

the only
give it
to the
NCCC
Cooks.

allergy
test

Facts: (what happened?) The NCCC Cooks sent me a food tray that had chicken and rice, and a white substance clumped together over small pieces of chopped shrimp. I discovered that the tray had my allergens in it after I had eaten half the tray and my throat started to itch immediately. I called for the food cart worker to tell Officer WILE that I needed medical emergency. The food cart worker came back twice, first to tell me he told him, and then I could hear him while I was losing consciousness from my throat closing. Officer WILE omission to alert the medical staff 45 minutes later amounted to deliberate indifference to my serious medicals while I was in his "care, custody and control", was inadequate as to amount to cruel and unusual punishment prohibited by Eighth Amendment. His breach of duty/Breach of Contract caused me unnecessary and wanton infliction of pain. The NCCC Cooks received the allergy list from Medical Staff at NCCC. I heard Officer WILE his coworkers say that I deserve it for writing all those grievances and even said I was right to do so. When the EMS Service escorted me to the NUMC Emergency Room I was given an Epi Pen and Benadryl and and my throat

Continued on next page

**II.A.   Injuries.**      If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Severe Trauma with accepting food from prison. Mental Anguish, Insomnia. I received no medical treatment for these conditions Anxiety, Post-Traumatic Stress Disorder. Depression

4

Cont.

**Facts: (what happened?)** and lungs and vision became normal. When the doctor came to see me he was in panic mode. He stated and I quote 'In 15 more minutes you would have been dead'. ~~the~~ Officer Healy and I both looked at one another in silence. Then I told him, the Officer Healy to let his co worker know what we just found out, and I told the doctor to put it in writing in my medical records. I recently request my medical records from NUMC to prove what an ordeal I have suffered. This was not part of my sentence to suffer cruel and unusual punishment at the liability of Officer WILE and the NCCC Cooks during imprisonment. The thought of dying was so real for me on that day. He has a culpable state of mind and I knew that when he came to E-1-D dorm rec yard looking to apologize to me. I told him to 'save it' because he should have saved me faster.

**II.A. Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

4

**III. Relief:** State what relief you are seeking if you prevail on your complaint.

I sought declaratory and injunctive relief as well as Three million, three hundred thousand, three hundred dollars and thirty-three cents ($3,300,300.33) in compensatory and punitive damages.

I declare under penalty of perjury that on February 8, 2025, I delivered this
(date)
complaint to prison authorities at Sing Sing Correctional Facility to be mailed to the United
(name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8th, Feb 2025

_____
Signature of Plaintiff

Sing Sing Correctional Facility
Name of Prison Facility or Address if not incarcerated

354 Hunter Street
Ossining, New York
10562
Address

22B2604
Prisoner ID#

hnny Shorter 22B2604
ngSing C.F.
54 Hunter Street
Ssining, New York 10562

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ FEB 1 8 2025 ✦

BROOKLYN OFFICE

USMS

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Attn: Pro Se

LEGAL MAIL