


# AFFIDAVIT OF SERVICE

## SHORTER v. COUNTY OF NASSAU et al

### Index # 2:21-cv-06887-KAM-LGD

STATE OF NEW YORK )
                 : ss.:
COUNTY OF NASSAU )

       Bonnie McNey, being duly sworn, deposes and says, that deponent is over twenty-one years of age, not a party to the proceedings herein, and that deponent is employed in the Office of the County Attorney of Nassau County, that on the 18th day of May, 2026 deponent served, by mail, the within **STATUS REPORT ORDER**, upon:

Johnny Shorter
DIN #: 22B2604
Wende Correctional Facility
WendeP.O. Box 1187
Alden, NY 14004-1187
PRO SE

by depositing a true copy of the same securely enclosed in a post-paid wrapper in a post office box regularly maintained by the United States Government at One West Street, Mineola, New York 11501 directed to the above at the addresses designated by them for the purpose upon the preceding papers.

_____
Bonnie C. McNey

Sworn to before me this
18th day of May, 2026

_____
Notary Public