**BRUCE A. BLAKEMAN**
**County Executive**

**THOMAS A. ADAMS**
**County Attorney**

## COUNTY OF NASSAU
### OFFICE OF THE COUNTY ATTORNEY

June 17, 2026

Honorable Judge Lee G. Dunst | Magistrate Judge
United States District Court fir the Eastern District of New York
100 Federal Plaza, Central Islip, NY 11722

      Re: *Shorter v NASSAU COUNTY; NASSA COUNTY CORRECTIONAL CENTER COOK DESIREE JAZINSKI; MCCC COOK SCOTT GRAFT; NCCC COOK REID; NCCC COOK DEBONO; CORRECTIONAL OFFICIER WILE in his Official Capacity and Individual Capacity*

      Civil Case No.: 2:21 -cv-06887-KAM-LGD
      Submission of Rule 26 Schedule

Dear Judge Dunst,

      On March 6th, 2026, deputy county attorney Nicholas Zotto advised the court that this office would depose the plaintiff and then schedule a settlement conference with Your Honor.

      A deposition of the plaintiff was taken via web-conference on April 2nd, 2026. We will now reach out to the plaintiff's correctional facility to secure a date and then ask Your Honor to schedule a settlement conference.

      As always, thank you for your attention to this matter and your understanding.

      Respectfully,

*Melvyn K. Roth*

Melvyn K. Roth, Esq.
Deputy County Attorney
Attorney for Nassau County
Office of the Nassau County Attorney

**ONE WEST STREET – MINEOLA, NEW YORK 11501-4820**
**516-571-3056, FAX 516-571-6684**

1 West Street, Mineola, New York 11501
mroth@nassaucountyny.gov
516-571-3106

TO:
Johnny Shorter
Wende Correctional Facility
Wende Rd., PO Box 1187
Alden, New York 14004-1187