

**BRUCE A. BLAKEMAN**
**THOMAS A. ADAMS**
  **County Executive**
**Attorney**

**County**

# COUNTY OF NASSAU
## OFFICE OF THE COUNTY ATTORNEY

June 18, 2026

Honorable Judge Lee G. Dunst | Magistrate Judge
United States District Court for the Eastern District of New York
100 Federal Plaza, Central Islip, NY 11722

    Re: *Shorter v NASSAU COUNTY; NASSA COUNTY CORRECTIONAL CENTER COOK DESIREE JAZINSKI; MCCC COOK SCOTT GRAFT; NCCC COOK REID; NCCC COOK DEBONO; CORRECTIONAL OFFICIER WILE in his Official Capacity and Individual Capacity*

    Civil Case No.: 2:21 -cv-06887-KAM-LGD
    Submission of Rule 26 Schedule

Dear Judge Dunst,

    I have confirmed that Johnny Shorter will attend the August 13th, 2026 settlement conference via telephone.

    As always, thank you for your attention to this matter and your understanding.

        Respectfully,

        *Melvyn K. Roth*

        Melvyn K. Roth, Esq.
        Deputy County Attorney
        Attorney for Nassau County
        Office of the Nassau County Attorney

        1 West Street, Mineola, New York 11501
        mroth@nassaucountyny.gov
        516-571-3106

TO:
Johnny Shorter
Wende Correctional Facility
Wende Rd., PO Box 1187
Alden, New York 14004-1187