FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 05 2026 ★
LONG ISLAND OFFICE

# Newly Discovered Evidence

During the course of this proceeding it has come to the attention of the Plaintiff that 8 individuals working in their official capacity and individual capacity have colluded with actions to violate the Health Insurance Portability and Accountability Act and obtain and share personal medical records of the Plaintiff without the plaintiffs' consent, authorization, and without an authorized Court Order.

Wherefore, based on the evidence of such committed acts, the Plaintiff is requesting the original relief sought within the original filed complaint.

By notice of this letter, the plaintiff request a Response by the defendants' attorney within 14 days after receipt of this letter.

REC'D IN PRO SE OFFICE
OCT 5 '26 AM11:54

I thank you for your time

RECEIVED
OCT 05 2026
EDNY PRO SE OFFICE

Respectfully submitted,

[signature]
Johnny Shorter 22B2604

Wende C.F., Wende Rd., P.O. Box 1187, Alden, NY 14004-1187

September 28, 2026

Melvyn K. Roth
Deputy County Attorney
Office Of The County Attorney
County of Nassau
One West Street
Mineola, New York 11501-4820

Re: Shorter v. Nassau County et al.
Docket No. 2:21-cv-6887-KAM-LGD

Dear Mr. Roth,

This letter is to inform Deputy County Attorney Melvyn Roth and the OFFICE OF THE COUNTY ATTORNEY and the United States District Court, Eastern District of New York that the plaintiff declines to accept the submitted offer for the following reason(s):

**WENDE CORRECTIONAL FACILITY**
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187

NAME: Johnny Shorter DIN: 22B2604

WENDE
CORRECTIONAL
FACILITY

quadient
FIRST-CLASS MAIL
IMI
$000.78
09/30/2026 ZIP 14004
043M31279199
US POSTAGE

LEE G. DUNST
UNITED STATES MAGISTRATE JUDGE
100 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722-4438

OFFICIAL BUSINESS

Recorded
.82

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 05 2026 ★
LONG ISLAND OFFICE

USMS

LEGAL MAIL

117224438 C003

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: Johnny Shorter DIN: 22B2604

Printed On Recycled Paper