**BRUCE A. BLAKEMAN**
**County Executive**

**THOMAS A. ADAMS**
**County Attorney**

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

October 20, 2026

**VIA PACER**
Magistrate Judge Lee G. Dunst
United States District Judge
Eastern Distrct of New York
100 Federal Plaza
Central Islip, NY 11722

Re: Johnny Shorter v Nassau County et al. Docket No. **2:21-cv-06887-KAM-LGD**

Dear Judge Dunst,

Pursuant to your Status Report Order of October 6, 2026 we have served the Order on the Plaintiff and filed evidence of service on ECF. As of today's date, we have not received a reply from the Plaintiff.

Respectfully submitted,

Melvyn K. Roth

Melvyn K. Roth
Deputy County Attorney

Cc:
Johnny Shorter
DIN#: 22B2604
Wende Correctional Facility
Wende Road, P.O. Box 1187
Alden, NY 14004-1187

**ONE WEST STREET – MINEOLA, NEW YORK 11501-4820**
**516-571-3056, FAX 516-571-6684**