# AFFIDAVIT OF SERVICE

## Shorter v. Nassau County, et al.

## Docket No: 2:21-cv-06887-KAM-LGD

STATE OF NEW YORK )
: ss. :
COUNTY OF NASSAU )

Brian Pemberton , being duly sworn, deposes and says, that deponent is over twenty-one years of age, not a party to the proceedings herein, and that deponent is employed in the Office of the County Attorney of Nassau County, and that on the 21st day of October, 2026 deponent served, by mail, Order dated October 21, 2026, upon:

Johnny Shorter
DIN#: 22B2604
Wende Correctional Facility
Wende Road, P.O. Box 1187
Alden, NY 14004-1187

by depositing a true copy of the same securely enclosed in the post-paid wrapper in a post office box regularly maintained by the United States Government at the building, One West Street, Mineola, New York.

Brian Pemberton

Sworn to before me this day
October 21, 2026

JOEL A MAIR
STATE
OF NEW YORK
NOTARY PUBLIC
Qualified in Nassau County
01MA6127887
MY COMMISSION EXPIRES 08/05/2029