FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 29 2026 ★
LONG ISLAND OFFICE

Lee G. Dunst, Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

SCANNED

RECEIVED
SEP 29 2026
EDNY PRO SE OFFICE

Re: Shorter v. Nassau County et al.
Docket No. 2:21-cv-6887-KAM-LGD
Status Report

SEP 29 '26 PM3:02
REC'D IN PRO SE OFFICE

Dear Judge Dunst,

I am currently awaiting for the Office of the County Attorney to forward the necessary paperwork/documents in order to finalize the stipulated settlement amount of $25,000.00. I will inform the Court when I have received the documents and return them back to the Office of the County Attorney. I received their letter to the judge, date September 9, 2026, on September 14, 2026

Respectfully Submitted,

Dated: 15th Day of September, 2026

[signature]
Johnny Shorter 22B2604
Wende Correctional Facility
Wende Rd., P.O. Box 1187
Alden, NY 14004-1187

**WENDE CORRECTIONAL FACILITY**
Wende Rd., P.O. Box 1187
Alden, New York 14004-1187
NAME: Johnny Shorter DIN: 22B2604

WENDE
CORRECTIONAL
FACILITY

quadient
FIRST-CLASS MAIL
IMI
$000.78 º
09/24/2026 ZIP 14004
043M31279199
US POSTAGE

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 29 2026 ★
LONG ISLAND OFFICE

LEE G. DUNST
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
100 FEDERAL PLAZA
CENTRAL ISLIP NY 11722-4438

OFFICIAL BUSINESS

LEGAL MAIL

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: Johnny Shorter DIN: 22B2604

LEGAL MAIL